# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CRYSTAL BONNEAU**                                                        **PLAINTIFF**

**v.**                  **NO. 3:20-cv-00095 PSH**

**ANDREW SAUL, Commissioner of**                          **DEFENDANT**
**the Social Security Administration**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Crystal Bonneau.

IT IS SO ORDERED this 10th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE